UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| **TIMOTHY WYATT SMITH,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | **3:20-CV-344-PLR-DCP** |
| | ) | | |
| **FEDERAL BUREAU OF PRISONS,** | ) | | |
| **USP ATLANTA, DR. HAYES, DR.** | ) | | |
| **CHAKOS, and MEDICAL STAFF,** | ) | | |
| | ) | | |
| Defendants. | ) | | |

**JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this pro se prisoner's complaint for violation of 42 U.S.C. § 1983 to the Atlanta Division of the United States District Court for the Northern District of Georgia and to close this Court's file.

SO ORDERED.

E N T E R :

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
CLERK OF COURT